UNITED STATES DISTRICT COURT

__Northern__ District of __Ohio__

| | |
|---|---|
| United States of America ) | Criminal No. 5:07CR517 |
| ) | |
| vs. ) | Judge Christopher A. Boyko |
| ) | |
| Cristina Gastelum Lopez, ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the __Northern__ District of __Ohio__ hereby dismisses the __indictment__ against
(indictment, information, complaint)

__Cristina Gastelum Lopez__ defendant.

_____
Gregory A. White
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
Christopher A. Boyko
United States District Judge

Date:

**FILED**

**JAN 16 2008**

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

FORM OBD-113
DEC. 82